# EXHIBIT "1"

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SHUNDA "RENAY" EVERETT, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. _____ |
| TARGET STORES, INC. | § § | (State Cause No. 2023-1512-B) |
| *Defendant*. | § § § | |

## LIST OF PARTIES AND STATUS

| **PARTY TYPE** | **NAME OF PARTY** | **CURRENT STATUS** |
|---|---|---|
| Plaintiff | Shunda "Renay" Everett | Pending |
| Defendant | Target Corporation, improperly named Target Stores, Inc. | Pending |