IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SHUNDA "RENAY" EVERETT, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 6:23-cv-542 |
| TARGET STORES, INC, | § § § | |
| *Defendant*. | § | |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Shunda "Renay" Everett and Defendant Target Corporation, improperly named Target Stores, Inc. (collectively the "Parties") file this Joint Stipulation of Dismissal with Prejudice, stipulating to the dismissal with prejudice of all claims brought by Plaintiff against Defendant in this civil action. This stipulation resolves this case in its entirety. The Parties further agree and stipulate that no party has prevailed, and that they each shall bear their own respective costs, expenses, and attorneys' fees incurred as a result of this action. Accordingly, the parties respectfully request that this case be closed.

Respectfully submitted,

| **PLANTE LAW FIRM, P.C.** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
|---|---|
| */s/ Victoria Plante w/permission* | */s/ Rebecca A. Magee* |
| Victoria L. Plante | Tiffany Cox Stacy |
| State Bar No. 00798436 | Texas Bar No. 24050734 |
| 5177 Richmond Avenue, Suite 1140 | tiffany.cox@ogletree.com |
| Houston, Texas 77056 | Rebecca A. Magee |
| victoria@plantelawfirm.com | Texas Bar No. 24074633 |
| 713.526.2615 | rebecca.magee@ogletree.com |
| 713.513.5176 (Fax) | 112 East Pecan Street, Suite 2700 |
|  | San Antonio, TX 78205 |
|  | Telephone: (210) 354-1300 |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT TARGET CORPORATION** |